CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 22 2011

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BOBBY A. NEAL, JR., | ) | |
|     Petitioner, | ) | Civil Action No. 7:11-cv-00438 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DANVILLE CIRCUIT COURT, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Neal's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice**, his motion to proceed in forma pauperis is **DENIED as moot**; and this action is **STRIKEN** from the active docket of the court.

ENTER: This 22nd day of September, 2011.

/s/ Michael F. Urbanski
United States District Judge